**STATE of Missouri, Respondent,**

v.

**Nakisha D. O'BRYAN, Appellant.**

**WD 79037**

Missouri Court of Appeals, Western District.

ORDER FILED: October 11, 2016

Danieal Miller, Columbia, MO, Counsel for Appellant

Rachel Flaster, Jefferson City, MO, Counsel for Respondent

Before Division Four: Mark D. Pfeiffer, Chief Judge Presiding, James Edward Welsh, and Alok Ahuja, Judges

## ORDER

Per Curiam:

Nakisha O'Bryan appeals the circuit court's judgment convicting her, following a jury trial, of one count of first-degree child endangerment, in violation of section 568.045.1, RSMo. We affirm. Rule 30.25(b).